**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| KYLE STALCUP, individually and on behalf of similarly situated individuals, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 2:21-cv-2291 ) ) |
| VERATAD TECHNOLOGIES LLC, a New Jersey limited liability company, | ) ) ) |
| Defendant. | ) |

**NOTICE OF REMOVAL**

Defendant, Veratad Technologies LLC ("Veratad"), by counsel, removes this action from the Circuit Court of Champaign County, Illinois, to the United States District Court for the Central District of Illinois, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. In support, Veratad states the following:

## I.    Introduction

1.    Plaintiff Kyle Stalcup ("Plaintiff") initiated this action on October 20, 2021, by filing a purported class action complaint against Veratad in the Circuit Court of Champaign County, Illinois, Sixth Judicial Circuit, entitled *Stalcup v. Veratad Technologies LLC*, No. 2021 L 000163.

2.    In his Complaint, Plaintiff seeks to represent a class of similarly situated individuals for alleged injuries sustained through Veratad's purported violations of the Illinois Biometric Information Privacy Act, 740 ILCS 14/1, *et seq.* ("BIPA").

3.     Plaintiff seeks to represent a class of "[a]ll individuals whose biometrics were captured, collected, stored, used, transmitted, and/or disseminated by Defendant or its technology within the state of Illinois any time within the applicable limitations period."

4.     The complaint states a single cause of action for violations of BIPA as to Plaintiff, individually, and as to all class members, seeking statutory damages for negligent violations of BIPA, and for willful and/or reckless violations of BIPA.

5.     On October 21, 2021, Plaintiff filed a motion for class certification, or alternatively, for a deferred class certification ruling pending discovery, a copy of which is attached with this notice.

6.     On October 29, 2021, Plaintiff served Veratad with a summons and copies of the original complaint. Copies of those documents, which constitute all process, pleadings, and orders served upon Veratad in this action, are included in the appendix to this notice.

7.     Veratad now removes this action from the Circuit Court of Champaign County, Illinois, to this Court, based on diversity of citizenship, 28 U.S.C. § 1332. Specifically, as stated in further detail below, the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.

## II.    Amount in Controversy

8.     Plaintiff alleges that Veratad violated BIPA as to a class of at least hundreds of members, with relief ranging from $1000 to $5000 per alleged violation. Accordingly, the amount in controversy exceeds $75,000, exclusive of interest and costs.

## III.    Diversity of Citizenship

9.     Plaintiff is a resident and citizen of Illinois.

10.    Defendant Veratad is a New Jersey limited liability company. No member of Veratad is a resident or citizen of Illinois

11.    Therefore, Plaintiff is a citizen of a different state than Defendant, this Court has jurisdiction of this action pursuant to the provisions of 28 U.S.C. §1332 and this action may be removed to this Court pursuant to the provisions of 28 U.S.C. §1441 and 28 U.S.C. §1446.

WHEREFORE, Veratad respectfully removes this case from the Circuit Court of Champaign County, Illinois, to the United States District Court for the Central District of Illinois, based on diversity jurisdiction.

Dated: November 26, 2021                          Respectfully submitted,

/s/ Cassandra L. Jones
Arthur J. McColgan (Bar No. 6201619)
Cassandra L. Jones (Bar No. 6309352)
WALKER WILCOX MATOUSEK LLP
One North Franklin Street, Suite 3200
Chicago, Illinois 60606
Telephone: (312) 244-6700
Fax: (312) 244-6800
Email: amccolgan@walkerwilcox.com
Email: cjones@walkerwilcox.com

*Attorneys for Defendant,*
*Veratad Technologies LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 26, 2021, the foregoing **NOTICE OF REMOVAL** was electronically filed with the Clerk of the Court for the United States District Court, Central District of Illinois, Urbana Division, by e-filing via the CM/ECF filing system and served by electronic mail to the Plaintiff's counsel listed below:

Timothy P. Kingsbury
Andrew T. Heldut
Jordan R. Frysinger
David L. Gerbie
MCGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Fl.
Chicago, IL 60601
Tel: (312) 893-7002
tkingsbury@mcgpc.com
aheldut@mcgpc.com
jfrysinger@mcgpc.com
dgerbie@mcgpc.com

Dated: November 26, 2021.

/s/ Cassandra L. Jones