Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Kyle Stalcup** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case Number: 21-2291 |
| | ) |
| **Veratad Technologies LLC** | ) |
| | ) |
| Defendant. | ) |

### JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the above captioned case is remanded back to the Circuit Court of Champaign County, Illinois.

**Dated: 1/10/2022**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court